# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

No. 24-1865 (consolidated with Nos. 24-1866, 24-1867, & 24-1868)

In re: PARAQUAT PRODCUTS LIABILITY LITIGATION

| | |
|---|---|
| FREDERICK L. RICHTER, ET AL., | On Appeal from the United States District Court for the Southern District of Illinois (East St. Louis) |
| Plaintiffs-Appellants, | |
| v. | Nos. 3:21-md-30004-NJR, 3:21-pq-571-NJR, 3:21-pq-1218-NJR, 3:21-pq-1560-NJR, & 3:21-pq-836-NJR |
| SYNGENTA CROP PROTECTION, LLC, SYNGENTA AG, CHEVRON U.S.A. INC., | |
| Defendants-Appellees. | Hon. Judge Nancy J. Rosenstengel |

## JOINT STATUS REPORT

The parties in the above-captioned consolidated appeal—Plaintiffs-Appellants Frederick L. Richter, Karen Richter, Todd Burgener, Sarah Coward, as personal representative of the Estate of Matthew G. Coward, Keith Fuller, and Diane Fuller, and Defendants-Appellees Syngenta Crop Protection, LLC, Syngenta AG, and Chevron U.S.A. Inc.—provide this joint status report consistent with the Court's April 16, 2025 Order. Dkt. 70. On April 14, 2025 the parties jointly moved the Court to hold this appeal in abeyance because lead counsel for Plaintiffs and Defendants in the *In re Paraquat Products Liability Litigation* MDL entered into a

1

signed Letter Agreement that may obviate the need for resolution of this appeal. Dkt. 69. The parties have been negotiating a Master Settlement Agreement with the guidance of the Special Master appointed by the District Court. The parties anticipate that agreement being signed shortly. Accordingly, the parties respectfully request that the Court continue to hold the appeal in abeyance and order submission of another joint status report in sixty days.

|  | Respectfully submitted, |
|---|---|
| /s Andrianna D. Kastanek | s/John C. O'Quinn |
| Andrianna D. Kastanek (Counsel of Record) | John C. O'Quinn (Counsel of Record) |
| Gabriel K. Gillett | Ragan Naresh |
| JENNER & BLOCK LLP | KIRKLAND & ELLIS LLP |
| 353 North Clark Street | 1301 Pennsylvania Avenue N.W. |
| Chicago, IL | Washington, D.C. 20004 |
| (312) 222-9350 | (202) 389-3205 |
| akastanek@jenner.com | john.oquinn@kirkland.com |
| ggillett@jenner.com |  |
|  | Leon F. DeJulius, Jr. (Counsel of Record) |
| *Counsel for Plaintiffs-Appellants* | Sharyl A. Reisman |
|  | JONES DAY |
|  | 250 Vesey Street |
|  | New York, NY 10281 |
|  | (212) 326-3939 |
|  | lfdejulius@jonesday.com |
|  |  |
|  | David J. Feder |
|  | JONES DAY |
|  | 555 S. Flower St., 50th Fl. |
|  | Los Angeles, CA 90071 |
|  |  |
|  | *Counsel for Defendants-Appellee* |

June 16, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/John O'Quinn
John O'Quinn
