## IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

No. 24-1865 (consolidated with Nos. 24-1866, 24-1867, & 24-1868)

In re: PARAQUAT PRODCUTS LIABILITY LITIGATION

| | |
|---|---|
| FREDERICK L. RICHTER, ET AL., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, LLC, SYNGENTA AG, CHEVRON U.S.A. INC., <br><br> Defendants-Appellees. | ) ) ) ) ) ) ) ) ) )    On Appeal from the United States District Court for the Southern District of Illinois (East St. Louis) <br><br> Nos. 3:21-md-30004-NJR, 3:21-pq-571-NJR, 3:21-pq-1218-NJR, 3:21-pq-1560-NJR, & 3:21-pq-836-NJR <br><br> Hon. Judge Nancy J. Rosenstengel |

## JOINT STATUS REPORT

The parties in the above-captioned consolidated appeal—Plaintiffs-Appellants Frederick L. Richter, Karen Richter, Todd Burgener, Sarah Coward, as personal representative of the Estate of Matthew G. Coward, Keith Fuller, and Diane Fuller, and Defendants-Appellees Syngenta Crop Protection, LLC, Syngenta AG, and Chevron U.S.A. Inc.—provide this joint status report consistent with the Court's June 17, 2025 Order. Dkt. 72. On April 14, 2025 the parties jointly moved the Court to hold this appeal in abeyance because lead counsel for Plaintiffs and Defendants in the *In re Paraquat Products Liability Litigation* MDL entered into a signed Letter

1

Agreement that may obviate the need for resolution of this appeal.  Dkt. 69.  The

parties have negotiated a Master Settlement Agreement with the guidance of the

Special Master appointed by the District Court.  The parties signed that Agreement

on August 4, 2025, and the process of seeking to implement the Agreement has

commenced.  Accordingly, the parties respectfully request that the Court continue to

hold the appeal in abeyance and order submission of another joint status report in

sixty days.

Respectfully submitted,

/s Andrianna D. Kastanek
Andrianna D. Kastanek (Counsel of Record)
Gabriel K. Gillett
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL
(312) 222-9350
akastanek@jenner.com
ggillett@jenner.com

*Counsel for Plaintiffs-Appellants*

s/John C. O'Quinn
John C. O'Quinn (Counsel of Record)
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-3205
john.oquinn@kirkland.com

Leon F. DeJulius, Jr. (Counsel of Record)
Sharyl A. Reisman
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
lfdejulius@jonesday.com

David J. Feder
JONES DAY
555 S. Flower St., 50th Fl.
Los Angeles, CA 90071

*Counsel for Defendants-Appellee*

August 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/John O'Quinn<br>
John O'Quinn