# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 20, 2025

*By the Court:*

| | |
|---|---|
| Nos. 24-1865, 24-1866, 24-1867 & 24-1868 | IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>FREDERICK L. RICHTER, et al.,<br>   Plaintiffs - Appellants<br><br>v.<br><br>SYNGENTA CROP PROTECTION, LLC, et al.,<br>   Defendants - Appellees |
| **Originating Case Information:** | |
| District Court Nos: 3:21-md-03004-NJR, 3:21-pq-00571-NJR, 3:21-pq-01218-NJR, 3:21-pq-01560-NJR & 3:21-pq-00836-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel | |

Upon consideration of the **JOINT STATUS REPORT**, filed on August 18, 2025, by counsel for the appellants and appellees,

**IT IS ORDERED** that the request to continue holding the appeal in abeyance is **GRANTED**. The parties shall file, by October 20, 2025, a status report regarding the agreement to resolve the appeal or a motion for voluntary dismissal.

form name: **c7_Order_BTC**   (form ID: **178**)